UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMUNDO RAMOS, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

          Plaintiff,

  -against-

HAPPY STREET LLC,
    d/b/a LUIGI'S PIZZA
    d/b/a PIE PIE PIZZA,
HAPPY STREET TOO LLC,
    d/b/a LUIGI'S PIZZA
    d/b/a PIE PIE PIZZA,
and SLOBODAN RADIVOJEVIC,

          Defendants.

---

Case No.: 1:20-cv-05633

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff EDMUNDO RAMOS hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated October 7, 2020 and annexed hereto as **Exhibit A**.

Dated: October 9, 2020                            Respectfully submitted,

                                      By:    */s/ C.K. Lee*

                                              C.K. Lee, Esq. (CL 4086)
                                              LEE LITIGATION GROUP, PLLC
                                              148 West 24th Street, 8th Floor
                                              New York, NY 10011
                                              Tel.: (212) 465-1188
                                              Fax: (212) 465-1181
                                              *Attorney for Plaintiff*