# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EDMUNDO RAMOS, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

              Plaintiff,

  -against-

HAPPY STREET LLC,
    d/b/a LUIGI'S PIZZA
    d/b/a PIE PIE PIZZA,
HAPPY STREET TOO LLC,
    d/b/a LUIGI'S PIZZA
    d/b/a PIE PIE PIZZA,
and SLOBODAN RADIVOJEVIC,

              Defendants.

---

Case No.: 1:20-cv-05633

**OFFER OF JUDGMENT**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC (collectively, "Defendants") hereby offer to allow judgment to be taken against them, jointly and severally, in the sum of Eleven Thousand Dollars ($11,000.00), inclusive of all of Plaintiff EDMUNDO RAMOS's wage and hour claims for relief, damages, fees, costs, and expenses.

      This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of Defendants, or any of them, or that Plaintiff has suffered any damages.

      This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, and shall be deemed withdrawn unless Plaintiff serves written notice of

his acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to recover costs or attorneys' fees in this action.

Dated: New York, New York

    October 7, 2020

                                          **HAMRA LAW GROUP P.C.**

                                          Anthony R. Portesy, Esq
                                          *Attorneys for Defendants*
                                          32 Broadway, Suite 1818
                                          New York, NY 10004
                                          (646) 590-0571
                                          aportesy@hamralawgroup.com