**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDMUNDO RAMOS, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                Plaintiff,

   -against-

HAPPY STREET LLC,
      d/b/a LUIGI'S PIZZA
      d/b/a PIE PIE PIZZA,
HAPPY STREET TOO LLC,
      d/b/a LUIGI'S PIZZA
      d/b/a PIE PIE PIZZA,
and SLOBODAN RADIVOJEVIC,

            Defendants.

Case No.: 1:20-cv-05633

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff EDMUNDO

RAMOS hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment

dated October 7, 2020 and annexed hereto as **Exhibit A**.

Dated: October 9, 2020                Respectfully submitted,

By:                              

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*