```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EDMUNDO RAMOS, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

              Plaintiff,

-against-

HAPPY STREET LLC,
    d/b/a LUIGI'S PIZZA
    d/b/a PIE PIE PIZZA,
HAPPY STREET TOO LLC,
    d/b/a LUIGI'S PIZZA
    d/b/a PIE PIE PIZZA,
and SLOBODAN RADIVOJEVIC,

              Defendants.

---

Case No.: 1:20-cv-05633

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC, (collectively, "Defendants"), having offered to allow Plaintiff EDMUNDO RAMOS ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Eleven Thousand Dollars and Zero Cents ($11,000.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated October 7, 2020 and filed as Exhibit A to Docket Number 12;

**WHEREAS**, on October 9, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 12);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 7, 2020 and filed as Exhibit A to Docket Number 12. The Clerk is directed to close this case.

**SO ORDERED.**

Dated: October 10, 2020
New York, New York

_Katharine H. Parker_
Judge Katharine H. Parker
United States Magistrate Judge